UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- x
TERESA ZERILLI-EDELGLASS,

             Plaintiff,

-against-

NEW YORK CITY TRANSIT,

             Defendant.
------------------------------------------------------- x

**MEMORANDUM AND ORDER**
07-CV-2478 (NG) (LB)

**GERSHON, United States District Judge:**

The court is in receipt of defendant's letter dated September 4, 2008, in which it represents that discovery is now complete and indicates its intention to serve plaintiff with a motion for summary judgment on September 30, 2008 unless the court directs otherwise. Accepting defendant's representation as meaning that *both sides* have completed discovery, the parties are directed to adhere to the following briefing schedule: defendant shall serve moving papers on plaintiff no later than September 30, 2008; plaintiff shall serve her opposition on defendant no later than October 30, 2008; and defendant shall serve its reply, if any, on plaintiff no later than November 13, 2008, at which time defendant shall file the fully briefed motion with the court as per my individual motion practices.

SO ORDERED.

s/NG

_____
NINA GERSHON
United States District Judge

Dated: September 8, 2008
       Brooklyn, New York