# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## MEMORANDUM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 12 2010
P.M.
TIME A.M.

**TO:** Teresa Zerilli-Edelglass, plaintiff
Kristen Nolan, Esq., for defendant NYC Transit Authority

**DATE:** February 12, 2010

**RE:** **Bill of Costs filed on February 11, 2010
in Zerilli-Edelglass v. NYC Transit Authority
07CV2478(NG)**

---

Please be advised that written objections by plaintiff, Teresa Zerilli-Edelglass, to the Bill of Costs submitted by the New York City Transit Authority on February 11, 2010 must be received no later than Friday, March 5, 2010.

The request for costs in the amount of $384.95 will be decided after the March 5, 2010 deadline for written objections.

This Notice will be docketed in 07CV2478.

Dated: Brooklyn, New York
February 12, 2010

Robert C. Heinemann
Clerk of Court